1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  HAROLD R. JONES (State Bar No. 209266)
   hrj@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Plaintiffs
7  FLEXTRONICS INTERNATIONAL, LTD.; and
   FLEXTRONICS INTERNATIONAL USA, INC.
8

9                    UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

11

| 12 | FLEXTRONICS INTERNATIONAL, LTD.; and FLEXTRONICS INTERNATIONAL USA, INC., | Case No. CV13-0034-PSG |
|---|---|---|
| 13 | | **CERTIFICATE OF INTERESTED ENTITIES** |
| 14 | Plaintiffs, | |
| 15 | vs. | The Hon. Paul S. Grewal |
| 16 | PARAMETRIC TECHNOLOGY CORPORATION, | Action Filed:   January 3, 2013 |
| 17 | | |
| 18 | Defendant. | |

19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

21 associations of persons, firms, partnerships, corporations (including parent corporations) or other

22 entities (i) have a financial interest in the subject matter in controversy or in a party to the

23 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

24 substantially affected by the outcome of this proceeding:

25       1.     Flextronics International USA, Inc. is a wholly-owned subsidiary of Flextronics

26 International Holding LLC.

27       2.     Flextronics International Holding LLC is a wholly-owned subsidiary of Flextronics

28 Corporation.

12334.0001/2562327.1                                              CV13-0034-PSG
                                              CERTIFICATE OF INTERESTED ENTITIES

3. Flextronics Corporation is a wholly-owned subsidiary of Vista Point Technologies (Lux) S.a r.l.

4. Vista Point Technologies (Lux) S.a r.l. is a wholly-owned subsidiary of Flextronics International Ltd.

DATED: February 13, 2013

SEVERSON & WERSON
A Professional Corporation

By: */s/ Harold R. Jones*
        Harold R. Jones

Attorneys for Plaintiffs FLEXTRONICS INTERNATIONAL, LTD.; and FLEXTRONICS INTERNATIONAL USA, INC.