John B. Sullivan (CSB No. 96742)
jbs@severson.com
Harold R. Jones (CSB No. 209266)
hrj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Eric J. Gribbin (CSB No. 205877)
egribbin@ulmer.com
ULMER & BERNE LLP
500 W. Madison Street, Suite 3600
Chicago, IL 60661-4587
Telephone:  (312) 658-6546
Facsimile:  (312) 658-6547

James L. Weinberg
(Admitted *Pro Hac Vice*)
jweinberg@ulmer.com
Melissa L. Zujkowski
(Admitted *Pro Hac Vice*)
mzujkowski@ulmer.com
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Telephone:  (216) 583-7000
Facsimile:    (216) 583-7001

Attorneys for Plaintiffs
FLEXTRONICS  INTERNATIONAL  LTD.  AND
FLEXTRONICS INTERNATIONAL USA, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL, LTD., and FLEXTRONICS INTERNATIONAL USA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMETRIC TECHNOLOGY CORPORATION,<br><br>Defendant. | Case No. 13-0034 PSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PERMISSION TO USE OUTSIDE TECHNOLOGICAL EQUIPMENT DURING JULY 23, 2013 HEARING** |

1

Plaintiffs Flextronics International, Ltd. and Flextronics International, USA, Inc. (collectively, "Flextronics") Motion for Permission to Use Outside Technological Equipment During July 23, 2013 Hearing came before this Court, the Honorable Paul Singh Grewal presiding.

The Court, having considered the Motion, with good cause appearing, rules that the Motion is well-taken, and that Flextronics may bring into the Courthouse and use the following equipment during the July 23, 2013 hearing on Defendant Parametric Technology Corporation's Motion for Preliminary Injunction: (1) two laptop computers; (2) a portable projector; and (3) cables and other cords needed in connection with the laptops and projector.

DATED:  July 19_____, 2013

_____

THE HONORABLE PAUL SINGH GREWAL

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

2

[PROPOSED]   ORDER   GRANTING   PLAINTIFFS'   MOTION   FOR   PERMISSION   TO   USE   OUTSIDE
TECHNOLOGICAL EQUIPMENT DURING JULY 23, 2013 HEARING – CASE NO. 13-0034 PSG