John B. Sullivan (CSB No. 96742)
jbs@severson.com
Harold R. Jones (CSB No. 209266)
hrj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Eric J. Gribbin (CSB No. 205877)
egribbin@ulmer.com
ULMER & BERNE LLP
500 W. Madison Street, Suite 3600
Chicago, IL 60661-4587
Telephone: (312) 658-6546
Facsimile: (312) 658-6547

James L. Weinberg
(Admitted *Pro Hac Vice*)
jweinberg@ulmer.com
Melissa L. Zujkowski
(Admitted *Pro Hac Vice*)
mzujkowski@ulmer.com
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Telephone:  (216) 583-7000
Facsimile:    (216) 583-7001

Attorneys for Plaintiffs
FLEXTRONICS  INTERNATIONAL  LTD.  AND
FLEXTRONICS INTERNATIONAL USA, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL, LTD., and FLEXTRONICS INTERNATIONAL USA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PARAMETRIC TECHNOLOGY CORPORATION, <br><br> Defendant. | Case No. 13-0034 PSG <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PERMISSION TO USE OUTSIDE TECHNOLOGICAL EQUIPMENT DURING JULY 23, 2013 HEARING** |

1

[PROPOSED]   ORDER   GRANTING   PLAINTIFFS'   MOTION   FOR   PERMISSION   TO   USE   OUTSIDE
TECHNOLOGICAL EQUIPMENT DURING JULY 23, 2013 HEARING – CASE NO. 13-0034 PSG

1

2

        Plaintiffs Flextronics International, Ltd. and Flextronics International, USA, Inc.

(collectively, "Flextronics") Motion for Permission to Use Outside Technological Equipment During

3   July 23, 2013 Hearing came before this Court, the Honorable Paul Singh Grewal presiding.

4          The Court, having considered the Motion, with good cause appearing, rules that the

5   Motion is well-taken, and that Flextronics may bring into the Courthouse and use the following

6

7   equipment during the July 23, 2013 hearing on Defendant Parametric Technology Corporation's

8   Motion for Preliminary Injunction: (1) two laptop computers; (2) a portable projector; and (3) cables

9   and other cords needed in connection with the laptops and projector.

10

11   DATED:  July 19_____, 2013          _Paul S. Grewal_____

12                                          THE HONORABLE PAUL SINGH GREWAL

13                                          UNITED STATES DISTRICT COURT
                                            MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED]  ORDER  GRANTING  PLAINTIFFS'  MOTION  FOR  PERMISSION  TO  USE  OUTSIDE
TECHNOLOGICAL EQUIPMENT DURING JULY 23, 2013 HEARING – CASE NO. 13-0034 PSG