| | |
|---|---|
| John B. Sullivan (CSB No. 96742) | James L. Weinberg |
| jbs@severson.com | (Admitted *Pro Hac Vice*) |
| Harold R. Jones (CSB No. 209266) | jweinberg@ulmer.com |
| hrj@severson.com | Melissa L. Zujkowski |
| SEVERSON & WERSON | (Admitted *Pro Hac Vice*) |
| A Professional Corporation | mzujkowski@ulmer.com |
| One Embarcadero Center, Suite 2600 | ULMER & BERNE LLP |
| San Francisco, California 94111 | 1660 West 2nd Street, Suite 1100 |
| Telephone: (415) 398-3344 | Cleveland, Ohio 44113-1448 |
| Facsimile: (415) 956-0439 | Telephone:  (216) 583-7000 |
| | Facsimile:   (216) 583-7001 |

Attorneys for Plaintiffs
FLEXTRONICS INTERNATIONAL LTD. AND
FLEXTRONICS INTERNATIONAL USA, INC.

**GRANTED**
*Paul S. Grewal*
Judge Paul S. Grewal

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL, LTD., and FLEXTRONICS INTERNATIONAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PTC, INC., fka, PARAMETRIC TECHNOLOGY CORPORATION, <br><br> Defendant. | Case No. 13-0034 PSG <br><br> **MOTION FOR ADMINISTRATIVE RELIEF: STIPULATION AND JOINT MOTION TO CONTINUE HEARING DATE FOR PTC'S PARTIAL MOTION TO DISMISS AMENDED COMPLAINT AND TO STRIKE JURY DEMAND** <br><br> Judge:   Hon. Paul Singh Grewal |

### STIPULATION AND JOINT MOTION TO CONTINUE

Plaintiffs Flextronics International, Ltd., Flextronics International USA, Inc. (collectively, "Flextronics"), and Defendant Parametric Technology Corporation ("PTC") (collectively, the "Parties"), by and through their counsel, hereby stipulate and jointly move the court, pursuant to Civil Local Rules 7-11, 7-7(b)(1), and 6-1, as follows:

1. The Parties have agreed that the hearing for PTC's Partial Motion to Dismiss Amended Complaint and to Strike Jury Demand ("PTC's Motion") currently scheduled for April 1, 2014, be continued until April 8, 2014, or until a different date as may be convenient for the Court.

2. As grounds for this Motion, the Parties state that the Parties have met and conferred and agreed that the request to continue the date of the hearing is not made for the purposes of delay, but rather to accommodate the scheduling concerns of Flextronics' counsel, who are not available on April 1, 2014, the day that was noticed by PTC upon its original submission of PTC's Motion.

WHEREFORE, the Parties respectfully move the Court to enter an order continuing the April 1, 2014 hearing for PTC's Motion until April 8, 2014, or until a different date as may be convenient for the Court.

DATED:  March 24, 2014

By:    /s/ Melissa L. Zujkowski
Melissa L. Zujkowski
(Admitted *Pro Hac Vice*)
Counsel for Plaintiffs Flextronics International, Ltd. and Flextronics International USA, Inc.

Bingham McCutchen LLP

By:    /s/ Brandon Bigelow
Brandon Bigelow
(Admitted *Pro Hac Vice*)
Counsel for Defendants Parametric Corporation n/k/a PTC Inc.