| | |
|---|---|
| BINGHAM MCCUTCHEN LLP | BINGHAM MCCUTCHEN LLP |
| Bree Hann (SBN 215695) | Thane D. Scott (admitted *pro hac vice*) |
| bree.hann@bingham.com | thane.scott@bingham.com |
| Thai Q. Le (SBN 267460) | Brandon L. Bigelow (admitted *pro hac vice*) |
| thai.le@bingham.com | brandon.bigelow@bingham.com |
| Three Embarcadero Center | One Federal Street |
| San Francisco, CA 94111-4067 | Boston, MA 02110-1726 |
| Telephone: 415.393.2000 | Telephone: 617.951.8000 |
| Facsimile: 415.393.2286 | Facsimile: 617.951.8736 |

Attorneys for Defendant/Plaintiff-in-Counterclaim
PTC Inc. f/k/a Parametric Technology Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL, LTD., and FLEXTRONICS INTERNATIONAL USA, INC., <br><br> Plaintiffs/Defendants-in-Counterclaim, <br><br> v. <br><br> PTC INC. f/k/a PARAMETRIC TECHNOLOGY CORPORATION, <br><br> Defendant/Plaintiff-in-Counterclaim. | No. CV 13-0034 PSG <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Judge:   Hon. Paul Singh Grewal |

Defendant and Plaintiff-in-Counterclaim, PTC Inc., and Plaintiffs and Defendants-in-Counterclaim, Flextronics International, Ltd. and Flextronics International USA, Inc., through their undersigned counsel, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a), that this action be dismissed with prejudice and without costs or attorneys' fees.

DATED: June 23, 2014

By: /s/ Brandon L. Bigelow
Brandon L. Bigelow
Counsel for Defendant/
Plaintiff-in-Counterclaim
PTC Inc.

DATED: June 23, 2014

By: /s/ Melissa L. Zujkowski
Melissa L. Zujkowski
Counsel for Plaintiffs/Defendants-in-Counterclaim Flextronics International, Ltd. and Flextronics International USA, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June ___, 2014

_____
Hon. Paul Singh Grewal
United States Magistrate Judge

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3) regarding non-filing signatories, I hereby attest that I have obtained concurrence from Melissa L. Zujkowski in the filing of this document.

DATED: June 23, 2014        Bingham McCutchen LLP

By: /s/ Brandon L. Bigelow
Brandon L. Bigelow
Counsel for Defendant/
Plaintiff-in-Counterclaim
PTC Inc.

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE